IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY BERNARD SMITH, JR.

    Petitioner,                     No. CIV S-03-1871 LKK KJM P

    vs.

SOLIS, Warden,

    Respondent.                 ORDER

_____/

        On April 8, 2005, the court vacated its earlier findings and recommendations, which recommended that respondent's motion to dismiss be granted, and directed respondent to address petitioner's claim that he was entitled to equitable tolling.

        On May 6, 2005, respondent filed his answer to the first amended petition and asked the court to deem the motion to dismiss withdrawn. Answer at 4. This request will be granted.

        On May 23, 2005, petitioner filed a request that the court direct respondent to supplement the record with copies of various appellate briefs and petitions and with a copy of the proceedings of December 22, 1997, which were not transcribed as part of the state court record.

        Under Rule 5(d) of the Rules Governing Section 2254 Cases, the briefs on appeal must be filed with the answer. Under Rule 5(c), the respondent must attach those portions of the

transcript he deems relevant, but the court may order that respondent furnish other records, even of previously untranscribed proceedings.

In this case, petitioner makes a conclusory argument that the proceedings of December 22, 1997 are relevant to an issue raised in the writ.  Without a further showing, the undersigned declines to order that this hearing be transcribed.

However, an examination of the records lodged with this court shows that respondent has provided only one volume of transcript, a supplemental Clerk's Transcript on appeal.  Respondent thus has not complied fully with Rule 5(c).

Accordingly, IT IS HEREBY ORDERED:

1. Respondent's motion to dismiss filed March 1, 2004 is hereby withdrawn.

2. Petitioner's motion to have respondent lodge the appellate briefs filed in the state courts is granted.

3. Petitioner's motion to have the pretrial proceedings of December 22, 1997 transcribed and lodged with the court is denied without prejudice.

4. Respondent is directed to lodge the remainder of the previously described state court record within thirty days of the date of this order.

DATED: June 2, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

smit1871.rt