IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY BERNARD SMITH,

    Petitioner,               No. CIV S-03-1871 LKK KJM P

    vs.

SOLIS, Warden,

    Respondent.            ORDER

_____/

        On June 22, 2005, petitioner filed a request for clarification of the date by which his reply to respondent's answer to the habeas petition is due. The court will treat this filing as a request for an extension of time.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's June 22, 2005 request for clarification, deemed a motion for an extension of time is granted; and

        2. Petitioner is granted thirty days from the filed date of this order in which to file and serve his traverse to the answer to his petition for a writ of habeas corpus.

DATED: June 29, 2005.

                                            UNITED STATES MAGISTRATE JUDGE

2/smit1871.eot