IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY BERNARD SMITH,

    Petitioner,        No. CIV S-03-1871 LKK KJM P

  vs.

SOLIS, Warden,

    Respondent.        ORDER

_____/

        On June 3 and June 13, 2005, respondent lodged state appellate briefs and the remainder of the state record on appeal with this court.

        On July 11, 2005 petitioner filed a motion to supplement or augment the record, asking the court to direct respondent to lodge the documents lodged on June 3 and 13, 2005.

        On July 14, 2005, petitioner filed a motion for an order directing respondent to provide petitioner with copies of the state appellate briefs and opinion of the Court of Appeals, because his copies were lost when he placed some of his legal property into storage.  He also asked for an additional forty-five days in which to prepare his reply to respondent's answer.

        IT IS HEREBY ORDERED that:

        1. Petitioner July 11, 2005 motion to supplement or augment the record is denied as moot;

        2. Petitioner's July 14, 2005 motion to direct respondent to provide his copies is

granted in part; respondent is directed to provide petitioner with a copy of the Court of Appeal's opinion in case number C031225 filed June 23, 2000, within thirty days of the date of this order;

    3  Petitioner's July 14, 2005 second request for an extension of time is granted; and

    4.  Petitioner is granted forty-five days rom the date of this order in which to file and serve his traverse.

DATED:  July 22, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2/kf
smit1871.111