IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY BERNARD SMITH, Jr.,

    Petitioner,        No. CIV-S-03-1871 LKK KJM P

    vs.

ANTHONY P. KANE, Warden, et al.,

    Respondents.       <u>ORDER</u>

/

Petitioner has requested an extension of time to file his reply to the answer to the petition for a writ of habeas corpus pursuant to the court's order of June 30, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's September 12, 2005 request for an extension of time and his August 4, 2005 request for reconsideration of an earlier grant of an extension of time are granted; and

2. Petitioner is granted thirty days from the date of this order in which to file his reply. No further extensions of time will be granted.

DATED: September 23, 2005.

UNITED STATES MAGISTRATE JUDGE

2 smit1871.eot