IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY BERNARD SMITH,

    Petitioner,                    No. CIV S-03-1871 LKK KJM P

    vs.

ANTHONY P. KANE, Warden,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner has filed a request for reconsideration of the magistrate judge's order of September 26, 2005, granting petitioner additional time in which to file his traverse.

        Pursuant to Local Rule 72-303(f), a magistrate judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed September 26, 2005, is affirmed.

DATED: January 12, 2006.

                                  /s/Lawrence K. Karlton
                                  UNITED STATES DISTRICT JUDGE

/smit1871.850