IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY BERNARD SMITH,

    Petitioner,        No. CIV S-03-1871 LKK KJM P

    vs.

SOLIS, Warden,

    Respondent.        <u>ORDER</u>

_____/

    On January 12, 2006, this court denied petitioner's motion for reconsideration of the magistrate judge's September 26, 2005 order regarding petitioner's request for an extension of time in which to file his reply to respondent's answer to the petition for a writ of habeas corpus.

    On January 30, 2006, petitioner filed a request for relief for the January 12 order; in essence, he asks the court to deem his reply, filed January 9, 2006, as timely.

/////
/////
/////
/////
/////

1     IT IS HEREBY ORDERED that petitioner's January 30, 2006 motion is granted
2 and magistrate judge is directed to consider the reply to be timely filed.
3 DATED: March 30, 2006.

5                           /s/Lawrence K. Karlton
                               UNITED STATES DISTRICT JUDGE

6 /smit1871.850