IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY SMITH, JR.,** | CIV S-03-1871 LKK KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **SOLIS, Warden, et al.,** | |
| Respondents. | |

Respondents have requested an enlargement of time to file objections to Findings and Recommendations.  Good Cause appearing,

IT IS ORDERED THAT the parties are granted an enlargement of time of thirty (30) days, up to and including May 9, 2007, to file objections to the Findings and Recommendations.

Any reply to the objections shall be served and filed by May 19, 2007.

Dated:  April 16, 2007.

_____
U.S. MAGISTRATE JUDGE

Order

1