DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
ANTHONY SMITH, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SMITH, Jr., <br> Petitioner, <br> v. <br> B. Curry, Warden, <br> Respondent. | NO. Civ. S 03-1871 LKK KJM P <br><br> **UNOPPOSED REQUEST FOR EXTENSION OF TIME TO FILE REPLIES TO OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS; DECLARATION OF COUNSEL; ORDER** |

Pursuant to Local Rule 6-142, petitioner, ANTHONY SMITH, Jr., by and through his counsel, David M. Porter, Assistant Federal Defender, hereby requests an extension of time for the parties to file their replies to objections to the findings and recommendations. This request is being made for the reasons set forth in the accompanying declaration of counsel.

This is petitioner's first request for an extension to file the reply, and it is not interposed to unduly delay the proceedings, to gain unfair advantage, or for any other improper purpose. Counsel for respondent, Deputy Attorney General David Andrew Eldridge, has graciously indicated that he has no objection to this request.

/ / /

Accordingly, Mr. Smith requests the Court issue the order lodged herewith.

Dated:  June 7, 2007

>                                Respectfully submitted,
>
>                                DANIEL J. BRODERICK
>                                Federal Defender
>
>
>                                  /s/   *David M. Porter*
>                                DAVID M. PORTER
>                                Assistant Federal Defender
>
>                                Attorney for Petitioner
>                                ANTHONY SMITH, Jr.

**DECLARATION OF COUNSEL**

I, David M. Porter, declare as follows:

1. I am employed by the Office of the Federal Defender for the Eastern District of California and the attorney responsible for the above-entitled matter.

2. On March 20, 2007, this Court issued findings and recommendations that the petition be granted as to the jury coercion claim denied in all other respects, and it set the deadline for the filing of objections for twenty days from the date of the findings and recommendations. The Court also appointed the Office of the Federal Defender to represent Mr. Smith, who was previously appearing pro se.

3. On May 11, 2007, the Court granted petitioner's unopposed request to extend the deadline for filing objections by thirty days, after having previously granted respondent's unopposed request for a thirty-day extension.

4. On June 1, 2007, respondent filed his objections to the findings and recommendations, making petitioner's reply to those objections due June 14, 2007.

5. The undersigned is unable to meet this deadline because, in addition to filing petitioner's own objections to the findings and recommendations, he needs additional time to receive comments on the respondent's findings and recommendations from petitioner, who has taken an active part in this litigation, and also because of his duties in other cases, which include: the filing of a status report in *Rubish v. Evans*, Civ. F 05-00687 LJO DLB, on June 8, 2007; oral argument in the Ninth Circuit and the filing of a traverse in *Johnson v. Finn*, Civ S-03-2063 RBB JFM P on June 13, 2007; and the filing of an opening

1  brief in the Ninth Circuit and an appearance at a parole hearing on
2  June 25, 2007.
3       4.   On June 7, 2007, the undersigned contacted counsel for
4  respondent, Deputy Attorney General David Andrew Eldridge, who
5  graciously indicated that he has no objection to this request.  He
6  requested that the deadline for filing respondent's reply to
7  petitioner's objections to the findings and recommendations be reset
8  for June 28, 2007 as well.
9       I declare under penalty of perjury that the matters herein as to
10 which I have personal knowledge are true and correct, and as to other
11 matters, I believe them to be true and correct.
12 DATED:  June 7, 2007

                                        /s/  *David M. Porter*
                                       David M. Porter

**ORDER**

Pursuant to the unopposed request of petitioner, and good cause appearing therefor, replies to objections to the findings and recommendations may be filed on or before June 28, 2007.

Dated:   June 15, 2007

_____
U.S. MAGISTRATE JUDGE